

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re The Good Shepherd Hospital, Inc.

No. 06-18-00115-CV

Original Mandamus Proceeding

Opinion delivered by Justice Carter*, Chief Justice Morriss and Justice Burgess, participating.  *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted.  The writ will issue only if the trial court fails to comply.

RENDERED MARCH 6, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk